```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01908
   WILLIE MAE WASHINGTON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7312

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/05/2007 and was confirmed 04/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG           .00              .00             .00
AMERICA SERVICING COMPAN  UNSECURED         NOT FILED              .00             .00
COOK COUNTY TREASURER     SECURED                 .00              .00             .00
HOMECOMINGS FINANCIAL     CURRENT MORTG           .00              .00             .00
HOMECOMINGS FINANCIAL     UNSECURED         NOT FILED              .00             .00
WELLS FARGO               SECURED          19032.87            530.76          300.00
ADVOCATE HEALTHCARE       UNSECURED         NOT FILED              .00             .00
ADVOCATE ILLINOIS MASONI  UNSECURED         NOT FILED              .00             .00
B-REAL LLC                UNSECURED           2017.03              .00             .00
COMMONWEALTH EDISON       UNSECURED            514.81              .00             .00
EAST DELAWARE 1567        UNSECURED         NOT FILED              .00             .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE          .00              .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE       611.39              .00             .00
FRESENIUS MEDICAL CARE N  UNSECURED          1545.00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,034.00                         2,060.46
TOM VAUGHN                TRUSTEE                                              198.78
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,090.00

PRIORITY                                            .00
SECURED                                          300.00
    INTEREST                                     530.76
UNSECURED                                           .00
ADMINISTRATIVE                                 2,060.46
TRUSTEE COMPENSATION                             198.78
DEBTOR REFUND                                       .00
                                         ---------------  ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01908 WILLIE MAE WASHINGTON
```

```
TOTALS                             3,090.00            3,090.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```